IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CLASS 8 TRANSMISSION INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) ) Civil Action No. 11-cv-00009 (SLR)<br>CLASS ACTION |

### DECLARATION OF LEE ALBERT IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Lee Albert, declare as follows:

1. I am a partner at Glancy, Binkow and Goldberg LLP, counsel for plaintiffs in the above-captioned action. As such, I have personal knowledge of the facts set forth below, and if called as a witness, could and would competently testify thereto. I make this declaration in support of the Indirect Purchaser Plaintiffs' ("IPPs") Motion for Class Certification.

2. Attached as Exhibit 1 hereto is the substantive language of the various state antitrust and consumer state that the IPPs alleged were violated by Defendants.

3. Attached as Exhibit 2 hereto are relevant pages of a ███████ ███████ (ZFMA0015604-15 at 08)

4. Attached as Exhibit 3 are relevant pages of a ███████ ███████ (MV0194786)

5. Attached as Exhibit 4 hereto are relevant pages of the deposition testimony of ███ *ZF Meritor LLC and Meritor Transmission Corporation v. Eaton Corporation*, Civil Action No. 06-623-SLR (D. Del.) (the "*ZF Meritor* Action")

1

6. Attached as Exhibit 5 hereto are relevant pages of the trial testimony of ███ in the *ZF Meritor* Action.

7. Attached as Exhibit 6 hereto ███ (EATON-00163659)

8. Attached as Exhibit 7 hereto are relevant pages ███ (ZFMA0004249).

9. Attached as Exhibit 8 hereto are relevant pages ███ (AT00453)

10. Attached as Exhibit 9 hereto are relevant pages ███ (ZFMA0033753)

11. Attached as Exhibit 10 hereto are relevant pages ███ (ZFMA0191789)

12. Attached as Exhibit 11 hereto are relevant pages of the trial testimony of ███ in the *ZF Meritor* Action.

13. Attached as Exhibit 12 hereto is an ███ (ARMFTL002738)

14. Attached as Exhibit 13 hereto is ███ (PACCAR015132)

15. Attached as Exhibit 14 hereto is ███ (EATON-01405202)

16. Attached as Exhibit 15 hereto is ███ (INT00016366)

17. Attached as Exhibit 16 hereto are relevant pages from the deposition testimony of ▓▓▓▓▓▓▓▓▓▓▓▓

18. Attached as Exhibit 17 hereto are relevant pages from the deposition testimony of ▓▓▓▓▓▓▓▓▓▓▓▓

19. Attached as Exhibit 18 hereto are relevant pages from the deposition testimony of ▓▓▓▓▓▓▓▓▓▓▓▓

20. Attached as Exhibit 19 hereto are relevant pages from the deposition testimony of ▓▓▓▓▓▓▓▓▓▓▓▓

21. Attached as Exhibit 20 hereto are relevant pages from the deposition testimony of ▓▓▓▓▓▓▓▓▓▓▓▓

22. Attached as Exhibit 21 hereto are relevant pages from the deposition testimony of ▓▓▓▓▓▓▓▓▓▓▓▓

23. Attached as Exhibit 22 hereto are relevant pages of ▓▓▓▓▓▓▓▓▓▓▓▓ (FTL0194)

24. Attached as Exhibit 23 hereto is ▓▓▓▓▓▓▓▓▓▓▓▓

25. Attached as Exhibit 24 hereto is ▓▓▓▓▓▓▓▓▓▓▓▓ (EATON-00000422)

26. Attached as Exhibit 25 hereto is ▓▓▓▓▓▓▓▓▓▓▓▓ (EATON-01202757)

27. Attached as Exhibit 26 hereto is ▓▓▓▓▓▓▓▓▓▓▓▓ (EATON-01198805)

28. Attached as Exhibit 27 hereto is █████████████ (EATON-00930506)

29. Attached as Exhibit 28 hereto is ███████████████████████████████████ (EATON-00999738)

30. Attached as Exhibit 29 hereto is ███████████████████████ (EATON-00029306)

31. Attached as Exhibit 30 hereto are relevant pages of the trial testimony of ███ in the *ZF Meritor* Action.

32. Attached as Exhibit 31 hereto is ███████████████████ (EATON-00029306)

33. Attached as Exhibit 32 hereto are relevant pages ████████████████████ (EATON-00438080)

34. Attached as Exhibit 33 hereto is ███████████████ (PACCAR021900)

35. Attached as Exhibit 34 hereto is ███████████████ 

36. Attached as Exhibit 35 hereto is ████████████ (EATON-00029321)

37. Attached as Exhibit 36 hereto is ███████████ (EATON-00634903)

38. Attached as Exhibit 37 hereto are relevant pages from the deposition testimony of ████████

39. Attached as Exhibit 38 hereto is ▮▮▮▮▮ (EATON-00085510)

40. Attached as Exhibit 39 hereto is ▮▮▮▮▮ (EATON-00111933)

41. Attached as Exhibit 40 hereto is ▮▮▮▮▮ (EATON-00387109)

42. Attached as Exhibit 41 hereto are relevant pages ▮▮▮▮▮ (ZFMA287385)

43. Attached as Exhibit 42 hereto are relevant pages from the deposition testimony of ▮▮▮▮▮

44. Attached as Exhibit 43 hereto are relevant pages of ▮▮▮▮▮ (VM 000147)

45. Attached as Exhibit 44 hereto is ▮▮▮▮▮ (ZFMA0369760)

46. Attached as Exhibit 45 hereto is the Jury Verdict Sheet in *ZF Meritor* Action.

47. Attached as Exhibit 46 hereto is the firm résumé of Glancy Binkow and Goldberg LLP.

48. Attached as Exhibit 47 hereto is the firm résumé of Gunderson Sharp, LLP.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true.

Executed this 3rd Day of November, 2014, in New York, New York.



/s/ Lee Albert
Lee Albert