# Appendix A

## Russell Lamb, Ph.D.

Senior Vice President
Nathan Associates Inc.
Phone: (703) 615-3474
Email: rlamb@nathaninc.com

## Professional Summary

Russell Lamb is an expert in antitrust economics and has testified concerning antitrust liability, impact, and damages in U.S. District Court. He has an extensive background in applied econometrics and has developed econometric models to measure damages in a number of matters involving allegations of horizontal price fixing. He has provided expert testimony in State and Federal Courts in the United States and in Canada on a range of issues including class-certification and economic damages in antitrust, RICO and consumer fraud matters. In addition, he has provided expert advice to client attorneys at all levels of the litigation. Dr. Lamb has an extensive background in the analysis of domestic and international agricultural markets, and has authored more than 50 articles in peer-reviewed economics journals, trade press, and major newspapers.

Dr. Lamb's work has been cited by courts in certifying classes in the United States and Canada. For example, in *In re Aftermarket Automotive Lighting Products Antitrust Litigation*, the court held that his analysis provided "a sufficient basis from which to conclude that Plaintiffs would adduce common proof concerning the effect of Defendants' alleged price-fixing conspiracy on prices class members paid." In certifying the Class in *In re: Titanium Dioxide Antitrust Litigation*, the Court said, "This Court finds that Dr. Lamb's regression analysis accurately reflects the characteristics of the titanium dioxide industry, and the facts in this case." In the Canadian LCD Competition Act Class Action, the Court held that Dr. Lamb's analysis provided "evidence of a viable methodology for the determination of loss on a class-wide basis." In *In re: Puerto Rican Cabotage Litigation*, the Court held that "Dr. Lamb [had] set forth a reputable and workable model for determining damages as to individual class members." In certifying the class in *Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al.*, the Court held that "Dr. Lamb [had] presented a plausible class-wide method of proof." In certifying the class in *Eugene Allan, et al., v. Realcomp II, Ltd., et al.*, the Court held that "the Plaintiffs have produced sufficient evidence that common proofs will yield a finding of class-wide damages that predominates over any specific individualized damages. The

Lamb Report and Lamb Reply are sufficient to establish this fact." Furthermore, Dr. Lamb was the Indirect Purchaser Plaintiffs' expert in the *In re: Polyurethane Foam Antitrust Litigation* matter, which was certified by the Court in April 2014.

With regard to agricultural economics, Dr. Lamb has a particular expertise in agricultural markets and has undertaken extensive original research and econometric analysis on markets for agricultural commodities. His articles on agricultural economics have been published in peer-reviewed journals, trade press, and major newspapers. Dr. Lamb regularly presents at conferences on topics including the state of the U.S. Economy and farm policy.

Prior to rejoining Nathan Associates, Dr. Lamb established the Arlington, VA office of Advanced Analytical Consulting Group where he served as a Principal, as well as the Washington, DC office of Econ One where he served as Managing Director and DC Office Head. In these positions, he developed and managed a practice of ten litigation professionals. He earlier served as an Assistant Professor of Agricultural Economics and faculty member of the Graduate Group in Economics at North Carolina State University and as an Economist and Senior Economist in the Federal Reserve System of the United States, at the Federal Reserve Board and the Federal Reserve Bank of Kansas City.

Dr. Lamb received his Ph.D. in Economics from the University of Pennsylvania.

## Education

* Ph.D., Economics, University of Pennsylvania, 1994
* M.A., Economics, The University of Maryland, 1989
* B.A., Economics, The University Tennessee, 1987

## Expert Testimony Offered

**2014** *Sheridan Chevrolet Cadillac Ltd., et al., v. Furukawa Electric Co. Ltd., et al.*
*Ontario Superior Court of Justice*
*Court File No. CV-12-446737-00CP*

*Sheridan Chevrolet Cadillac Ltd., et al., v. Mitsubishi Electric Corporation, et al.*
*Ontario Superior Court of Justice*
*Court File No. CV-14-496994-00CP*

* Expert Report, October 14, 2014
* Opinion concerning class certification issues

- Retained by Siskinds LLP

*Resco Products, Inc., v. Bosai Minerals Group Co., Ltd., et al.*

- United States District Court for the Western District of Pennsylvania
- Civil Action No.: 2:06-cv-325-JFC
- Expert Report, September 24, 2008
- Expert Report, September 29, 2014
- Opinion concerning damages
- Retained by Boies, Schiller & Flexner LLP

*Meredith Corporation, et al., v. SESAC, LLC, et al.*

- United States District Court for the Southern District of New York
- 09 Civ. 9177 (PAE)
- Expert Report, July 10, 2014
- Opinion concerning class certification issues
- Retained by Weil, Gotshal & Manges LLP

*Janet Skold, et al., v. Intel Corporation, et al.*

- Superior Court of the State of California for the County of Santa Clara
- Case No. 1-05-CV-039231
- Expert Report, June 14, 2007
- Testified at deposition, August 31, 2007
- Testified at deposition, January 10, 2014
- Opinion concerning class certification issues
- Opinion concerning damages issues
- Retained by Girard Gibbs LLP

**2013**   *William P. Elliott v. Delhaize America, Inc., d/b/a Food Lion, LLC*

- United States District Court Eastern District of Virginia Alexandria Division
- Civil Action No. 1:12-CV-01426-LO-TRJ
- Expert Report Concerning Damages, July 5, 2013
- Testified at deposition, September 16, 2013
- Opinion concerning damages
- Retained by EvansStarrett PLC

*Charles Benson, et al. v. Dean Foods Company, et al.*

- United States District Court Eastern District of Tennessee at Greenville
- No. 2:13-CV-00026
- Declaration, June 14, 2013
- Opinion concerning size of commerce at issue
- Retained by Gordon Ball Law Firm

*In Re: Polyurethane Foam Antitrust Litigation*

- United States District Court Northern District of Ohio Western Division
- MDL No. 2196
- Declaration, June 11, 2013
- Reply Declaration, October 23, 2013
- Trial Declaration, March 18, 2014
- Reply Trial Declaration, June 30, 2014
- Testified at deposition, August 20, 2013
- Testified at deposition, November 20, 2013
- Testified at class certification hearing, January 15, 2014
- Testified at deposition, April 14, 2014
- Testified at deposition, July 14, 2014
- Opinion concerning class certification issues regarding indirect purchasers
- Opinion concerning merits and damages issues
- Retained by Miller Law LLC

*Jabo's Pharmacy, Inc., et al. v. King Pharmaceuticals, Inc.*

- In the Circuit Court for Cocke County, Tennessee
- No.: 31,973 (Class Action)
- Expert Affidavit, May 10, 2013
- Reply Affidavit, August 22, 2013
- Testified at deposition, May 30, 2013
- Opinion concerning class certification issues
- Retained by Hausfeld LLP

*In Re: Skelaxin (Metaxalone) Antitrust Litigation*

- United States District Court Eastern District of Tennessee at Chattanooga
- Lead Case No.: 2:12-cv-4
- MDL Case No.: 1:12-md-2343
- Expert Declaration, May 6, 2013
- Reply Declaration, August 13, 2013
- Testified at deposition, May 30, 2013
- Opinion concerning class certification issues for indirect purchaser for resale plaintiffs
- Retained by Hausfeld LLP

*Amvac Chemical Corporation v. RedEagle International LLC*

- Before the American Arbitration Association
- Case No.: 16 171 00285 11
- Testified at trial, April 10, 2013
- Retained by McKenna Long & Aldridge LLP

**2012** *Thomas Boland, v. Consolidated Multiple Listing Service, Inc., et al.*

- United States District Court for the District of South Carolina

4

- Case No.: 3:09-1335-SB
- Expert Report, December 10, 2012
- Affidavit, March 15, 2013
- Testified at deposition, January 10, 2013
- Opinion concerning class certification
- Retained by Goldman Scarlato Karon & Penny, P.C.

*David Osmun, et al., v. Cadbury Adams Canada Inc., et al.*
*Ontario Superior Court of Justice*
*Court File No.: 08-CV-347263PD2*

*Jacob Stuart Main, et al., v. Cadbury Schweppes Plc, et al.*
*In the Supreme Court of British Columbia*
*S078807 (Vancouver Registry)*

*Gaetan Roy v. Cadbury Adams Canada Inc., et al.*
*Canada Superior Court ( Province of Quebec, District of Quebec)*
*No.: 200-06-000094-071*

- Expert Report, September 24, 2012
- Opinion concerning pass-through
- Retained by Sutts, Strosberg, LLP

*Eugene Allan, et al., v. Realcomp II, Ltd., et al.*

- United States District Court for the Eastern District of Michigan Southern Division
- Case No.: 2:10-cv-14046
- Expert Report, August 1, 2012
- Reply Expert Report , October 26, 2012
- Testified at deposition, September 14, 2012
- Opinion concerning class certification and damages issues
- Retained by Goldman Scarlato Karon & Penny, P.C.

*Nancy Jean Adams v. Apple, Inc., et al.*

- Ontario Superior Court of Justice
- Court File No.: CV-12-17511
- Expert Report, July 12, 2012
- Opinion concerning class certification issues
- Retained by Sutts, Strosberg, LLP

*Animal Science Products, Inc., et al., v. China National Metals & Minerals Import & Export*
*Corporation, et al.*

- United States District Court District of New Jersey
- Expert Affidavit, May 24, 2012
- Retained by Boies, Schiller & Flexner LLP

*In Re: Titanium Dioxide Antitrust Litigation*

- United States District Court of Maryland (Northern Division)
- Case No.: 10-cv-00318-RDB
- Expert Declaration, February 22, 2012
- Expert Rebuttal Declaration, July 24, 2012
- Expert Trial Report, October 1, 2012
- Trial Expert Rebuttal Report, February 18, 2013
- Testified at deposition, April 20, 2012
- Testified at deposition, August 6, 2012
- Testified at deposition, November 9, 2012
- Testified at deposition, March 5, 2013
- Opinion concerning class certification issues
- Opinion concerning merits and damages issues
- Retained by Gold Bennett Cera & Sidener LLP

**2011** *Brokers' Services Marketing Group, LLC, et al., v. Cellco Partnership*

- United States District Court District of New Jersey
- Expert Report, October 14, 2011
- Retained by Hagens Berman LLP

*Westminster Mutual Insurance Company, v. TYC Brother Industrial Co. Ltd., et al.*

- Ontario Superior Court of Justice
- Court File No.: 62732
- Expert Report, September 14, 2011
- Opinion concerning class certification issues
- Retained by Siskinds LLP

*CEMEX Caracas Investments B.V. and CEMEX Caracas II Investments B.V., v. The Bolivarian Republic of Venezuela*

- Before the International Centre for Settlement of Investment Disputes ("ICSID")
- Expert Report, September 6, 2011 (with Dr. Juan F. Riveros, Ph.D.)
- Opinion concerning the value of the operating assets of CEMEX Venezuela
- Retained by Curtis, Mallet-Prevost, Colt & Mosle LLP

*Henry Kahwaty, v. LECG, LLC and LECG Corporation*

- Before PAX ADR
- Expert Report, August 22, 2011
- Opinion concerning damages arising from a breach of contract dispute
- Retained by Katz, Marshall & Banks, LLP

*David Osmun, et al., v. Cadbury Adams Canada Inc., et al.*

- Ontario Superior Court of Justice
- Court File No.: 08-CV-347263PD2
- Expert Report, August 12, 2011

- Opinion concerning class certification issues
- Retained by Sutts, Strosberg, LLP

*Danny Lynn Electrical & Plumbing, et al., v. Veolia ES Solid Waste Southeast, Inc., et al.*

- United States District Court, Middle District of Alabama, Northern Division
- Case No. 2:09cv192-MHT
- Expert Report, July 19, 2011
- Testified at deposition, August 2, 2011
- Retained by McCallum Methvin & Terrell, P.C.

*Daesang Corporation against The NutraSweet Company, NutraSweet IP Holdings, Inc. and, Sweeteners Holdings Korea LTD.*

- International Court of Arbitration International Chamber of Commerce
- Reference: 15 641 / VRO
- Written Testimony, May 31, 2011
- Testified at Tribunal Hearing, July 21, 2011
- Response to the opinions of Daesang's economic expert
- Retained by NutraSweet

*Thomas L. Logue, et al., v. West Penn Multi-List, Inc. et al.*

- United States District Court for the Western District of Pennsylvania
- Case No.: 2:10-cv-0451
- Expert Report, January 12, 2011
- Testified at deposition, January 26, 2011
- Opinion concerning class certification issues
- Retained by Goldman Scarlato & Karon, P.C.

**2010** *In Re: Puerto Rican Cabotage Antitrust Litigation*

- United States District Court for the District of Puerto Rico
- Master Docket No. 08-md-1960 (DRD)
- Affidavit, October 28, 2010
- Affidavit, January 10, 2011
- Opinion concerning the total monetary value of an option in the settlement agreements with the defendants
- Opinion concerning the monetary value of an option elected by the plaintiffs in the settlement agreements with the defendants
- Retained by Grant & Eisenhofer, P.A.

*In Re: Mercedes-Benz Tele Aid Contract Litigation*

- United States District Court, District of New Jersey
- MDL No. 1914, Civ. No. 07-2720
- Expert Report, October 1, 2010
- Opinion concerning class-wide damages
- Retained by Lieff Cabraser Heimann & Bernstein, LLP

*In Re: Aftermarket Automotive Lighting Products Antitrust Litigation*

- United States District Court, Central District of California
- Case No. 09-ML-2007 GW (PJWx)
- Expert Report, September 24, 2010
- Expert Reply Report, June 24, 2011
- Expert Trial Report, March 29, 2013
- Expert Trial Rebuttal Report, June 7, 2013
- Expert Declaration, July 8, 2013
- Testified at deposition, April 19, 2011
- Testified at deposition, April 24, 2013
- Testified at class certification hearing, July 25, 2011
- Opinion concerning class certification issues and class-wide damages
- Retained by Stueve Siegel Hanson, LLP

*In Re: Air Cargo Shipping Services Antitrust Litigation*

- United States District Court for the Eastern District of New York
- Master File No. 06-MD-1775 (CBA) (VVP)
- Expert Declaration, March 29, 2010
- Opinion concerning the use of multiple regression analysis in antitrust contexts and the sufficiency of defendant's data production
- Retained by Levin, Fishbein, Sedran & Berman

*Louise Knowles c.o.b. as Special Events Marketing v. Arctic Glacier Inc., Keith E. Corbin and Reddy Ice Holdings, Inc.*

- Ontario Superior Court of Justice
- Court File No. CV 10-14457
- Expert Report, March 19, 2010
- Reply Expert Report, November 30, 2010
- Testified at deposition, December 15, 2010
- Opinion concerning class certification issues
- Retained by Sutts, Strosberg LLP

*Nathan Nygren, Stephen Shifflette and Amy Fromkin, on behalf of themselves and all others similarly situated, v. Hewlett-Packard Company*

- United States District Court for the Northern District of California (San Jose Division)
- Case No. 07-05793 JW
- Expert Report, February 16, 2010
- Expert Reply Declaration, May 21, 2010
- Testified at deposition, March 12, 2010
- Opinion concerning class certification issues
- Retained by Spector Roseman Kodroff & Willis PC

*In Re: General Motors OnStar Litigation*

- United States District Court for the Eastern District of Michigan
- Master File No. 07-1867
- Expert Report, January 15, 2010
- Testified at deposition, March 3, 2010
- Opinion concerning class certification issues
- Retained by Spector Roseman Kodroff & Willis PC

*BabyAge.com, Inc. and The Baby Club of America, Inc., v. Toys "R" Us, Inc., d/b/a Babies "R" Us, et al.*

- United States District Court for the Eastern District of Pennsylvania
- C.A. No. 2:05-06792-AB
- Expert Report, December 15, 2009
- Reply Report, February 4, 2011
- Testified at deposition, May 12-14, 2010
- Testified at deposition, February 23, 2011
- Opinion concerning antitrust liability and damages
- Retained by Berger & Montague, P.C.

*Chevron Phillips Chemical Company LP, v. BDP International, Inc.*

- District Court of Harris County Texas
- Cause No. 2007-68768
- Expert Report, August 5, 2009
- Testified at deposition, January 21, 2010
- Opinion concerning breach of contract damages
- Retained by Susman Godfrey LLP

*Michael Harris, v. LG Philips LCD Co., Ltd., et al.*

- Ontario Superior Court of Justice
- Court File No. 54054 CP
- Expert Report, October 17, 2008
- Rebuttal Expert Report, June 19, 2009
- Affidavit, March 7, 2013
- Testified at deposition, December 14, 2010
- Opinion concerning class certification issues
- Retained by Siskinds, LLP

*Clarke and Rebecca Wixon, et al., v. Wyndham Resort Development Corp. (F/K/A Trendwest Resorts, Inc.), et al.*

- United States District Court for the Northern District of California
- Case No. C 07 2361 JSW
- Expert Report, March 16, 2009
- Expert Rebuttal Report, June 4, 2009
- Expert Report, April 19, 2010
- Expert Rebuttal Report, May 19, 2010

- Testified at deposition, April 29, 2009 and June 15, 2009
- Testified at deposition, June 9, 2010
- Opinion concerning class certification issues
- Opinion concerning class-wide damages arising from breach of contract and unfair business practices
- Retained by Girard Gibbs, LLP

## Professional Experience

### Economic Consulting Positions

**Nathan Associates, Inc.**, Arlington, VA, *Senior Vice President*, January 2013 – present

**Advanced Analytical Consulting Group**, Inc., Washington DC area, *Principal*, March 2011 – January 2013

**Econ One Research**, Inc., Washington, DC, *Managing Director and D.C. Office Head*, July 2006 March 2011

- Opened and staffed the DC office; managed office affairs on a daily basis

- Retained as an expert witness for damages and class certification issues in antitrust, breach of contract, product liability and RICO cases; representative testimony includes determination of liability and damages in a case involving resale price maintenance in consumer products, class certification in a horizontal price-fixing case involving international travel in the airline industry, class certification in a consumer class action involving RICO claims in state court

- Industry pre-litigation analyses for consumer products, chemicals, and other industries

**Navigant Consulting, Inc.**, Washington, DC, *Associate Director*, February 2006 – July 2006

- Case manager for damages analysis in asbestos litigation and personal injury claims

**Nathan Associates, Inc.**, Arlington, VA, *Managing Economist*, July 2004 – February 2006

- Case manager for economic analysis of class certification and damages issues in antitrust and RICO cases involving the chemical, consumer products and tobacco industries

- Retained as expert on damages for direct purchasers of NBR in the Crompton Global Settlement; submitted an Affidavit on damages and appeared before the Special Master for the Crompton Global Settlement (the Hon. Kenneth Feinberg)

### Board Membership

- Board of Advisors, American Antitrust Institute, Washington, DC

- Department of Economics Advisory Council, University of Tennessee, Knoxville, *Chairman*, Spring 2006 – April 2011

### Teaching Positions

- **The George Washington University**, Washington, DC, *Adjunct Assistant Professor of Economics*, Fall 2004 – present
- **North Carolina State University (NCSU)**, *Assistant Professor* (Department of Agricultural and Resource Economics), Fall 1999 – Spring 2004
- **The University of Pennsylvania**, *Adjunct Instructor*, Summer 1990 – Spring 1994

**Additional Teaching Experience**

- The Wharton School Evening Division, Philadelphia, PA, summer 1993
- Rutgers University, Camden, NJ, summer 1993
- Philadelphia College of Textiles and Science, Philadelphia, PA, fall 1992
- The Pennsylvania State University, Media, PA, 1991
- St. Mary's College of Maryland, St. Mary's City, MD, summer 1989
- The University of Maryland University College, College Park, MD, 1988-1989

**Courses Taught**

- Managerial Economics for MBA students (George Washington University)
- Law and Economics (George Washington University)
- Intermediate Microeconomics – graduate level (George Washington University)
- Latin American Economic Development (George Washington University)
- International Trade: Theory and Policy (George Washington University)
- International Finance: Theory and Policy (George Washington University)
- Agricultural Production and Supply – Ph.D. field course (North Carolina State University)
- U.S. Agricultural Policy (North Carolina State University)
- Microfinance: Theory, Practice and Regulation (Superintendencia de Banca y Seguros)
- Statistical Analysis for Economics (University of Pennsylvania)
- Principles of Microeconomics (University of Maryland, St. Mary's College of Maryland)
- Principles of Macroeconomics (University of Pennsylvania, The Wharton School, Penn State University)
- Fundamentals of Micro/Macro Economics (University of Maryland)
- Environmental and Natural Resource Economics (Rutgers)

**Federal Reserve Experience**

**Federal Reserve Bank of Kansas City**, *Senior Economist* (Jan. 1998 – Aug. 1999), *Economist* (Jan. – Dec. 1997)

- Analysis of regional, macroeconomic developments in agriculture, and energy

- Research on public policy towards agriculture in the U.S., especially the impact of farm policy reform
- Briefings to the Bank president and outside groups on the regional economy, agriculture, agricultural trade

**Board of Governors of the Federal Reserve System**, *Economist*, June 1994 – Dec. 1996

- Analysis of macroeconomic conditions, commodity markets and prices (CPI, PPI, Core prices)
- Forecasting of agricultural output, prices, and income
- Briefings to the Board of Governors on agriculture and food-price developments

**Other Consulting Experience**

**World Perspectives, Inc., 2003 - 2004**

- Analysis of trade barriers for U.S. exports of feed ingredients, pet food ingredients, and food ingredients
- Analysis of the impact of a Free Trade Area of the Americas on U.S. soybean producers
- Analysis of the potential for U.S. Halal-certified meat exports to the Middle East

**Womble Carlyle Sandridge & Rice, LLP, 2003 - 2004**

- Provided expert testimony related to the estimation of business profitability

**Smith-Moore, 2002 - 2003**

- Provided economic analysis of the U.S. Tobacco Program

**Superintendencia de Banca y Seguros (Lima, Peru), 1998 - 2000**

- Developed and taught a class on Microfinance issues (in English) to students enrolled in a training program for bank examiners; the program was sponsored by the Inter-American Development Bank.

**World Bank, Africa Technical Department, 1992 – 1993**

- Summarized and provided an overview of data available on African economic and social indicators

**ACG-Afrique, January 1993**

- Provided critical review of a study document outlining the impact of structural adjustment on African agriculture

## Professional Organizations

- National Association for Business Economics
- American Economic Association

## Papers, Publications and Speeches

### Papers Published in Refereed Journals

- "Government Regulation and Quality in the U.S. Beef Market," (with Peyton Ferrier) *Food Policy,* 32:1 (2006) pp. 84-97

- "Rent-seeking in U.S.-Mexican Avocado Trade," *Cato Journal,* 26:1 (Winter 2006) pp. 159-177

- "Consolidation in U.S. Agriculture and the Role of Public Policy," *The ICFAI Journal of Agricultural Economics,* 1(2004) pp. 7-16

- "Fertilizer Use, Risk, and Off-farm Labor Markets in the Semi-Arid Tropics of India," *American Journal of Agricultural Economics,* 85(2) (May 2003) pp 359-371

- "Inverse Productivity: Land Quality, Labor Markets, and Measurement Error," *Journal of Development Economics,* 71 (2003) pp. 71-95

- "A Market-Forces Policy for the New Farm Economy?" *Review of Agricultural Economics,* 24 (2002) 15-30

- "Food Crops, Exports, and the Short-run Policy Response of Agriculture in Africa," *Agricultural Economics,* 22 (2000) 271-298

- "FAIR Act Implications for Land Values in the Corn Belt," (with Jason Henderson) *Review of Agricultural Economics,* 22 (2000) 102-119

- "Why are Estimates of Agricultural Supply Response So Variable?" (with Francis X. Diebold) *Journal of Econometrics,* 76 (1997) 367-373

### Non-refereed Publications, Articles and Editorials

- "The Predominance Requirement for Antitrust Class Actions – Can Relevant Market Analysis Help?" (with Jeffrey Leitzinger) American Bar Association – Section of Antitrust Law, *Economics Committee Newsletter,* Spring 2007, pp. 17-22

- "Reform of U.S. Farm Policy in an Integrating World Economy," forthcoming in *Developing Countries in the WTO System,* published by Rowman & Littlefield, 2006

- "New Farm Economy," *Regulation,* Winter 2003-2004, Washington, DC: Cato Institute for Public Policy Research (2003)

- "What Road Will U.S. Economy Take in 2003?" *Southeast Farm Press,* February 5, 2003

- "Fast Track for the Tax Cuts," guest editorial, *News and Observer* (Raleigh, NC), January 18, 2003

- "The 2002 Farm Bill," (with Blake Brown and Michele Marra) *NC State Economist,* November/December 2002

- "Economy-minded Tax Cuts: Bush's Reductions Provided the Boost to Lift U.S. From Recession," guest editorial, *News and Observer* (Raleigh, NC), July 2, 2002

- "Policy Only Effective if Farm Economy is Recognized," special report to *Feedstuffs,* June 5, 2000

- "Aid During Crisis of Little Long-term Help to Farmers," guest editorial, *Kansas City Star*, August 23, 1999

- "Survey of Agricultural Credit Conditions," Federal Reserve Bank of Kansas City, *Regional Economic Digest*, various issues, 1997-1999

- "U.S. Agriculture at the Crossroads in 1999," *Economic Review*, Federal Reserve Bank of Kansas City, 84 (1999)

- "Can U.S. Oil Production Survive the 20th Century?" *Economic Review*, Federal Reserve Bank of Kansas City, 84 (1999)

- "Will the Tenth District Catch the Asian Flu?" (with Ricardo Gazel) *Economic Review*, Federal Reserve Bank of Kansas City, 83 (1998)

- "From the Plains to the Plate: Can the Beef Industry Regain Market Share?" (with Michelle Beshear) *Economic Review*, Federal Reserve Bank of Kansas City, 83 (1998)

- "U.S. Agriculture: Another Solid Year in 1998?" (with Mark Drabenstott) *Economic Review*, Federal Reserve Bank of Kansas City, 83 (1998)

- "How Will the 1996 Farm Bill Affect the Outlook for District Farmland Values?" *Economic Review*, Federal Reserve Bank of Kansas City, 82 (1997).

- "Food Prices and the Farm Sector," monthly *Greenbook* (various issues, 1994-1996), Federal Reserve Board of Governors, Washington, DC

- "Hedge to Arrive Contracts," Memo to the Board of Governors, Federal Reserve Board of Governors, Washington, DC, June 5, 1996

- "Prices in the May Greenbook," Federal Reserve Board of Governors, Washington, DC, May 19, 1996

- "Prices in the March Greenbook," Federal Reserve Board of Governors, Washington, DC, March 24, 1996

- "Commodity Price Developments," Weekly memo to the Board of Governors, Federal Reserve Board of Governors, Washington, DC, August 1994 – December 1996

**Conference Presentations**

- "Damages: Go Big or Go Home," presenter at the 360 Advocacy Institute's Conference, Las Vegas, NV, March 24, 2014

- "Class Action Developments," panelist at the American Antitrust Institute's 6th Annual Private Antitrust Enforcement Conference, Washington, DC, December 4, 2012

- "Consequences for Antitrust Thought and Practice," presented at the American Antitrust Institute Invitational Symposium: Antitrust Challenge of Multi-Channel Distribution in the Internet Age, Washington, DC, June 22, 2011

- "The U.S. Economy in the Year Ahead," presented at the Long Company Annual Conference, Chicago, IL, September 11, 2009 and September 19, 2008

- "The U.S. Economic Outlook," presented at the Industry Outlook Conference, Chicago, IL, October 17, 2006 and October 18, 2005

- "How Will the Economy Impact Your Business?" presented at the Long Company Annual Conference, Las Vegas, NV, August 14, 2004

- "Focus on The Economy" presented at *Milling and Baking News* annual Purchasing Managers' Conference, Kansas City, MO, June 14, 2004, June 10, 2003 and June 11, 2002

- "The U.S. Economic Outlook and Agriculture," presented at the Industry Outlook Conference, Chicago, IL, October, 2003

- "The U.S. Economic Outlook and Agriculture," presented at the Industry Outlook Conference, Breckenridge, CO, April 7, 2002

- "The U.S. Economic Outlook: The Cost of Terror," presented at the Southern Agricultural Outlook Conference, Atlanta, GA, September 24, 2001

- "The Economy in Focus," presented at *Milling and Baking News* annual purchasing managers' conference, Kansas City, MO, June 5, 2001

- "The Great American Growth Machine," presented at the Southern Agricultural Outlook Conference, Atlanta GA, September 27, 2000

- "The Economy in Focus," presented at *Milling and Baking News* annual purchasing managers' conference, Kansas City, MO, June 6, 2000

- "The Outlook for the U.S. Pork Sector," presented to the Industry Outlook Conference, Las Vegas, NV, April 17, 2000

- "The National Economic Outlook: The Road Ahead," presented to the Food Industry Outlook Conference, Breckenridge, CO, April 11, 1999

- "Farm Policy for the New Millennium," presented to Federal Reserve Bank of Kansas City, Division of Bank Supervision and Regulation, Bank Examiners' Annual Training Conference, January 7, 1999

- "The Impact of the 1996 Farm Bill on Farmland Values," (with Jason Henderson) first place poster presentation at the annual meetings of the American Agricultural Economics Association, Salt Lake City, August 4, 1998

- "A Note on the Inverse Productivity Relationship," presented at the annual meetings of the Western Economic Association International, Seattle, July 1997

- "Off-farm Labor Supply and Fertilizer Use in the Semi-Arid Tropics of India," presented at the annual meetings of the American Agricultural Economics Association, August 1995

- "Prices for Food-Away-From-Home and Core Inflation: Some Empirical Relationships," (with James E. Kennedy) presented at the Federal Reserve System Committee on Agriculture, Richmond, VA, October 1995

- "Some Simple Dynamics of Farming," presented at the annual meetings of the American Agricultural Economics Association, Orlando, August 1993

- "Structural Adjustment and Food Security," (with W. Graeme Donovan), presented at the annual meetings of the American Agricultural Economics Association, Orlando, August 1993

- "Structural Adjustment and African Agricultural Supply Response to Exchange Rate and Price Movements," (with W. Graeme Donovan), presented at the annual meetings of the Southern Agricultural Economics Association, Tulsa, January 1993

**Other Presentations**

- Panelist, "Antitrust Class Actions – Where Are We? A 360 Degree Perspective," NYSBA Annual Antitrust Law Section Meeting," January 30, 2014

- Panelist, Retrospective on the Baby Products Litigation, ABA Section of Antitrust Law: Pricing Conduct Committee, July 31, 2013

- Panelist, Economic Forecasting Summit, Northern Indiana Workforce Investment Board, Inc., March 29, 2007

- "The Welfare Benefits of USDA Beef Quality Certification Programs" (with Peyton Ferrier), presentation memo, 2007

- "Reform of U.S. Farm Policy in an Integrating World Economy," presented to the Cordell Hull Institute, Trade Policy Roundtable on Reform of U.S. Farm Policy and the WTO System, Washington, DC, March 31, 2006

- "The Case for a Market-forces Farm Policy in the U.S." presented at the Cordell Hull Institute Trade Policy Roundtable, Washington DC, May 26, 2005

- "How Will the Economy Impact Your Business?" presented at the Apple Processors Association annual meeting, Homewood Resort, June 20, 2004

- "The U.S. and International Economic Outlook," presented at the AgFirst Loan Officer's Seminar, Atlanta, GA, October 30-31, 2002

- "Will the U.S. Economy Bounce or Crawl?" presented to the Eastern Bankruptcy Institute, North Myrtle Beach, SC, June 1, 2002

- "The U.S. Economic Outlook and Agriculture," presented to the National Pork Producers Pork Action Group, Washington, DC, April 10, 2002

- "The U.S. Economic Outlook" presented to the Risk Management Associates, Raleigh, NC, February 7, 2002

- "The U.S. Economic Outlook: The Cost of Terror," presented at the National Pork Producers Pork Action Group, Marco Island, FL, November 14, 2001

- "Consolidation in Agriculture and the Role of Public Policy," paper presented to the Southern Extension Meetings, Williamsburg, VA, June 13, 2000

- "The New Farm Economy," presented at the annual meetings of the National Association of County Agricultural Agents, Omaha, NE, September 14, 1999

- "Regional Economic Update," presented to bankers in Kansas, Nebraska, Missouri, and Oklahoma as part of the Regulatory Update Seminar, Federal Reserve Bank of Kansas City, April 1999

- "The National Economic Outlook," presented to Oklahoma State University Advanced Cattle Management Seminar, Stillwater, OK, March 11, 1999

- "Regional Economic Update," presented to Thomas Hoenig, President, Federal Reserve Bank of Kansas City, November 13, 1998
- "Can the Tenth District Survive the Asian Flu?" The Federal Reserve Bank of Kansas City Economic Forums, nine presentations to bankers in Wyoming, Oklahoma, and New Mexico, September 21 - October 21, 1998
- "The Impact of Asian Economic Developments on Tenth District Agriculture," presented to Thomas Hoenig, President, Federal Reserve Bank of Kansas City, January 30, 1998
- "The Outlook for the Nebraska Economy," The Federal Reserve Bank of Kansas City: Nebraska Economic Forums, six presentations to bankers in Nebraska, October 6 - 15, 1997
- "Update on the Macroeconomy and Special Briefing on Forecast Performance at the Kansas City Fed," presented to Thomas Hoenig, President, Federal Reserve Bank of Kansas City, August 13, 1997
- "Regional Economic Update," presented to Thomas Hoenig, President, Federal Reserve Bank of Kansas City, May 14, 1997 and March 21, 1997
- "Producer Prices, Retail Sales, and Agricultural Commodity Markets," presented to the Board of Governors of the Federal Reserve System, July 15, 1996

## Referee Experience

Referee for the following academic journals:

- World Development, 1993
- Journal of Development Economics, 1994, 1995
- International Economic Review, 1995
- Journal of Human Resources, 1997
- Journal of Business and Economics Statistics, 1997
- American Journal of Agricultural Economics, 1999, 2001, 2002
- Agricultural Economics, 2000, 2001, 2004
- Agricultural Finance Review, 2000, 2004
- Review of Agricultural Economics, 2000, 2002, 2004
- Journal of Agricultural and Resource Economics, 2000, 2001, 2002
- Emerging Markets Review, 2001
- Contemporary Economic Policy, 2004

## Fellowships, Honors and Awards

### Fellowships

- Departmental Fellowship, University of Pennsylvania, 1989-1990

- Dean's Fellowship, University of Pennsylvania, 1991-1992
- Graduate School Fellowship, University of Maryland, College Park, 1987-1989

**Honor Societies and Professional Organizations**

- Phi Eta Sigma National Honor Society
- Mortar Board National Honor Society
- Golden Key National Honor Society
- Vice President for Professional Activities, Delta Sigma Pi

**Awards**

- Top Graduate in Liberal Arts, University of Tennessee, Knoxville, Spring 1987
- Chancellor's Citation for Extraordinary Professional Promise, University of Tennessee, Knoxville
- Chancellor's Citation for Outstanding Academic Achievement, University of Tennessee, Knoxville
- First place poster presentation, American Agricultural Economics Association annual meetings, August 1998 (with Jason Henderson)
- Honorable mention, American Agricultural Economics Association, Essay for the 21st Century, 2001, "A Market Forces Policy for the New Farm Economy"
- Honorable mention, American Antitrust Institute Antitrust Enforcement Awards, Outstanding Antitrust Litigation Achievement in Economics (for work on In Re Titanium Dioxide Antitrust Litigation matter)

**External Funding**

- "Unmanufactured Flue-Cured Tobacco Exports and the Export Component of the Quota Formula." $13,890 NC Tobacco Foundation. With Blake Brown 2000/2001.

## Professional Activities and Services

**Graduate Student Advising**

M.A. degree, North Carolina State University

- Joe Weinberg (Political Science)

Master of Economics, North Carolina State University

- William Pole (2000)
- Dwight Wilder (Chairman, 2002)
- Adrian Atkeson (2002)
- Sarah Spivey
- Li Zhang (Chairman, 2003)

- Nia Atmadja (2003)

Doctor of Philosophy, North Carolina State University

- William Deese (2003)
- Peyton Ferrier (Chairman, 2004)
- Yang Wang (2003)
- Bobby Huggett (2003)
- Syed Wadood (Chairman, 2004)
- Henry Kuo

## Economic and Statistical Modeling Skills

- Experience with all major statistical software including SAS, STATA, LIMDEP and C++; applied econometric modeling skills in damage analysis of consumer industries, chemicals industries, and agricultural markets, correlation analysis for class certification.