# Appendix B

Confidential - Filed Under Seal

# Materials Relied Upon

## Pleadings and Legal Correspondence

United States District Court for the District of Delaware, *In Re Class 8 Transmission Indirect Purchaser Antitrust Litigation*, Civil Action No. 11-cv-00009 (SLR), Third Amended Class Action Complaint, filed January 15, 2013.

United States Court of Appeals for the Third Circuit, *ZF Meritor LLC; Meritor Transmission Corporation v. Eaton Corporation* (Nos. 11-3301 and 11-3426), Opinion of the Court, filed September 28, 2012

United States District Court for the District of Delaware, *ZF Meritor LLC and Meritor Transmission Corporation v. Eaton Corporation*, Civil Action No. 06-623-SLR

## Bates-Stamped Materials

### Data

| | | |
|---|---|---|
| DTNA00073494 | DTNA00078638 | |
| DTNA00073664 | DTNA00076254 | |
| DTNA00077326 | DTNA00073634 | |
| DTNA00077368 | DTNA00076791 | |
| DTNA00073773 | DTNA00074516 | |
| DTNA00073774 | DTNA00073700 | |
| DTNA00074079 | DTNA00073708 | |
| DTNA00074078 | DTNA00073712 | |
| DTNA00073687 | DTNA00073863 | |
| DTNA00073620 | DTNA00073843 | |
| DTNA00073621 | DTNA00074790 | |
| DTNA00073682 | DTNA00074866 | |
| DTNA00073769 | DTNA00075171 | |
| DTNA00079247 | DTNA00075211 | |
| DTNA00073806 | DTNA00073624 | |
| DTNA00075718 | DTNA00073651 | |
| DTNA00073663 | DTNA00073828 | |
| DTNA00073857 | DTNA00073829 | |
| DTNA00073858 | DTNA00074043 | |
| DTNA00073604 | DTNA00076001 | |
| DTNA00073857 | DTNA00076020 | |
| DTNA00073602 | DTNA00073782 | |
| DTNA00073699 | DTNA00073783 | |
| DTNA00073604 | DTNA00073784 | |
| DTNA00073699 | DTNA00073786 | |
| DTNA00073845 | DTNA00073863 | |
| DTNA00074398 | DTNA00073643 | |
| DTNA00073604 | DTNA00073644 | |
| DTNA00073693 | DTNA00073645 | |
| DTNA00074453 | DTNA00073721 | |
| DTNA00073604 | DTNA00073778 | |
| DTNA00075223 | DTNA00073787 | |
| DTNA00075775 | DTNA00074038 | |
| DTNA00073809 | DTNA00074043 | |
| DTNA00073839 | DTNA00073606 | |
| DTNA00074455 | DTNA00076473 | |
| DTNA00073639 | DTNA00073810 | |
| DTNA00074458 | DTNA00073827 | |
| DTNA00074460 | DTNA00073632 | |
| DTNA00074459 | DTNA00073638 | |
| DTNA00073694 | DTNA00073746 | |
| DTNA00073868 | DTNA00073664 | |
| DTNA00074284 | DTNA00074210 | |
| DTNA00073648 | DTNA00073603 | |
| DTNA00073868 | DTNA00073591 | |
| DTNA00074018 | DTNA00073856 | |
| DTNA00073644 | DTNA00073695 | |
| DTNA00073673 | DTNA00073696 | |
| DTNA00073859 | DTNA00073695 | |

### Documents

- DTNA00020912
- MY0002671-73
- DTNA00019555-62
- MY0316113-21
- DTNA00117771-792
- DTNA00076787-89
- NAV00026547-49
- ARMFTL009287-88
- ARMFTL011099-1100
- PACCAR022053-2113
- EATON-00438305-06
- NAV00078074
- RR-HC-000426-27

Confidential - Filed Under Seal

| | |
|---|---|
| DTNA00074451 | DTNA00073696 |
| DTNA00074516 | DTNA00073740 |
| DTNA00074686 | DTNA00073741 |
| DTNA00077120 | DTNA00076438 |
| DTNA00079570 | DTNA00075190 |
| DTNA00077732 | DTNA00076438 |
| DTNA00078640 | DTNA00076855 |
| DTNA00079245 | DTNA00079542 |
| DTNA00079441 | DTNA00076438 |
| DTNA00079442 | DTNA00073673 |
| DTNA00079570 | DTNA00073584 |
| DTNA00079571 | DTNA00076046 |
| DTNA00075980 | DTNA00073584 |
| DTNA00076254 | DTNA00073694 |
| DTNA00077333 | DTNA00073700 |
| DTNA00079852 | DTNA00076111 |
| DTNA00075341 | DTNA00073662 |
| DTNA00075342 | DTNA00073705 |
| DTNA00076254 | DTNA00073723 |
| DTNA00075850 | DTNA00073831 |
| DTNA00077648 | DTNA00073832 |
| DTNA00078212 | DTNA00075979 |
| DTNA00079245 | DTNA00076314 |
| DTNA00079565 | DTNA00079999 |
| DTNA00079571 | DTNA00076314 |
| DTNA00080243 | DTNA00073627 |
| DTNA00073805 | DTNA00079277 |
| DTNA00075340 | DTNA00078169 |
| DTNA00076044 | DTNA00073705 |
| DTNA00076251 | DTNA00076254 |
| DTNA00076353 | DTNA00076280 |
| DTNA00076498 | DTNA00073654 |
| DTNA00076884 | DTNA00077045 |
| DTNA00077391 | DTNA00077046 |
| DTNA00077405 | DTNA00076049 |
| DTNA00077406 | DTNA00076768 |
| DTNA00077407 | DTNA00079513 |
| DTNA00077333 | DTNA00079514 |
| DTNA00078636 | DTNA00073839 |
| DTNA00078637 | DTNA00079515 |
| DTNA00078664 | DTNA00076049 |
| DTNA00079753 | DTNA00076768 |
| DTNA00079755 | DTNA00075982 |
| DTNA00075340 | DTNA00073724 |
| DTNA00075195 | DTNA00077621 |
| DTNA00076280 | DTNA00078782 |
| DTNA00079852 | DTNA00079071 |
| DTNA00075289 | DTNA00073836 |
| DTNA00075367 | DTNA00075932 |
| DTNA00075610 | DTNA00073826 |
| DTNA00075980 | DTNA00073770 |
| DTNA00075981 | DTNA00074820 |
| DTNA00076411 | DTNA00075932 |
| DTNA00074437 | DTNA00073745 |
| DTNA00076618 | DTNA00074278 |
| DTNA00078637 | DTNA00079872 |
| MV037314-27 | DTNA00074805 |
| MV031623-33 | PACCAR15646 |
| MV033728 | DTNA00073610 |
| DTNA_D_00000002-3 | DTNA00073661 |
| NAV00078074 | DTNA00074411 |
| DTNA00075006 | DTNA0007704546 |

Confidential - Filed Under Seal

DTNA00077623

DTNA00079313

### Data Produced by Defendants and Third Parties

| | |
|---|---|
| 2006 Rebates | MV0000861 |
| 2007 Rebates | MV0136552 |
| Class8-c xlsx v2-c.xlsx | MV0147813 |
| Cognos Data | MV0178193 |
| Copy of 2002-2014.xls | MV0178243 |
| DTNA_D_00000002-3 | MV0178476 |
| DTNA_D_00000113-4 | MV0268425 |
| ETN-0018401 | MV0269745 |
| ETN-0018403-4 | MV0269868 |
| ETN-0018625 | MV0276699 |
| EATON-00230552 | MV0290289 |
| EATON-00304441 | MV0316083-106 |
| EATON-00716813 | MV0316113-21 |
| ITE-000852-90 | MV0316123-33 |

| | |
|---|---|
| | MV0337314-28 |
| | MV0387577-78 |
| | NAV00078074 |
| | NAV00078078 |
| | NAV00110144-5 |
| | NAV00110148 |
| | PACCAR155776-7 |
| | PACCAR156464 |
| | PACCAR156518-24 |
| | Quantity Data |
| | Rebates Reserves Pmts by Year 2001-2005 (R) |
| | Sales (Dollars) Data |

### Answers to Questions Regarding Data

Email from Doug Marshall to Greg Linkh and Lee Albert, dated July 11, 2014.
Email from Jennifer Cowen to Daniel Silverman, dated July 10, 2014.
Email from Jennifer Cowen to Daniel Silverman, dated July 25, 2014.
Letter from Catherine S. Simonsen to Greg Linkh, Matthew Ruan, Daniel Silverman, and Chris Heffelfinger, dated October 17, 2014.
Letter from Daniel J. Boland to Laura Alexander and Gregory B. Linkh, dated January 10, 2014.
Letter from Eric J. Weiss to Daniel Silverman and Greg Linkh, dated July 18, 2014.
Letter from Eric J. Weiss to Daniel Silverman and Greg Linkh, dated July 31, 2014.
Letter from Eric J. Weiss to Daniel Silverman, dated July 3, 2014.
Letter from Eric J. Weiss to Daniel Silverman, dated March 20, 2014.
Letter from Eric J. Weiss to Greg Linkh, Matt Ruan, Daniel Silverman, and Chris Heffelfinger, dated September 5, 2014.
Letter from Jennifer Cowen to Daniel Silverman, dated June 6, 2014.
Letter from Jennifer Cowen to Daniel Silverman, dated March 14, 2014.
Letter from Jennifer Cowen to Daniel Silverman, dated September 15, 2014.
Letter from Jennifer Cowen to Greg Linkh, Daniel Silverman, and Kyle G. DeValerio, dated October 2, 2014.
Letter from Jennifer Cowen to Greg Linkh, Daniel Silverman, and Kyle G. DeValerio, dated September 19, 2014.
Letter from Jennifer Cowen to Kyle G. DeValerio, Esq., dated July 28, 2014.
Letter from Jennifer Cowen to Lee Albert, dated July 21, 2014.
Letter from Jennifer Cowen to Lee Albert, dated July 22, 2014.
Letter from Julie B. Rubenstein to Daniel Silverman and Gregory Linkh, dated July 16, 2014.
Letter from Julie B. Rubenstein to Daniel Silverman and Gregory Linkh, dated July 17, 2014.
Letter from Julie B. Rubenstein to Daniel Silverman and Gregory Linkh, dated July 18, 2014.
Letter from Julie B. Rubenstein to Daniel Silverman and Gregory Linkh, dated July 29, 2014.
Letter from Julie B. Rubenstein to Daniel Silverman and Gregory Linkh, dated September 2, 2014.
Letter from Julie B. Rubenstein to Daniel Silverman and Gregory Linkh, dated September 3, 2014.
Letter from Julie B. Rubenstein to Daniel Silverman and Gregory Linkh, dated September 4, 2014.
Letter from Julie B. Rubenstein to Daniel Silverman, dated August 6, 2014.
Letter from Julie B. Rubenstein to Gregory Linkh, dated July 28, 2014.
Letter from Julie B. Rubenstein to Gregory Linkh, dated October 24, 2014.
Letter from Julie B. Rubenstein to M. John Dominguez and Daniel Silverman, dated July 25, 2014.
Letter from Julie B. Rubenstein to M. John Dominguez, Daniel Silverman, and Gregory Linkh, dated July 31, 2014.
Letter from Justin Bernick to Daniel Silverman, dated June 5, 2014.
Letter from Justin Bernick to Daniel Silverman, dated March 21, 2014.
Letter from Justin Bernick to Gregory B. Linkh, dated February 11, 2014.
Letter from Justin Bernick to Gregory B. Linkh, dated January 8, 2014.
Letter from Justin Bernick to Gregory B. Linkh, dated July 18, 2014.
Letter from Justin Bernick to Gregory B. Linkh, dated September 14, 2014.
Letter from Justin Bernick to Gregory B. Linkh, dated September 19, 2014.
Letter from Meghan C. Edwards-Ford to Gregory B. Linkh, dated November 26, 2013.

Confidential - Filed Under Seal

Letter from Michael J. Hartman to Daniel H. Silverman and Gregory B. Linkh, dated April 9, 2014.
Letter from Michael J. Hartman to Daniel H. Silverman and Gregory B. Linkh, dated July 1, 2014.
Letter from Michael J. Hartman to Daniel H. Silverman and Gregory B. Linkh, dated July 11, 2014.
Letter from Michael J. Hartman to Daniel Silverman and Gregory B. Linkh, dated August 19, 2014.
Letter from Michael J. Hartman to Daniel Silverman and Gregory B. Linkh, dated August 26, 2014.
Letter from Michael J. Hartman to Daniel Silverman and Gregory B. Linkh, dated July 25, 2014.
Letter from Michael J. Hartman to Daniel Silverman, dated April 29, 2014.
Letter from Michael J. Hartman to Daniel Silverman, dated July 10, 2014.
Letter from Michael J. Hartman to Daniel Silverman, dated March 20, 2014.
Letter from Michael J. Hartman to Daniel Silverman, dated May 16, 2014.
Letter from Michael J. Hartman to Gregory B. Linkh, dated October 1, 2014.
Letter from Michael J. Hartman to Gregory B. Linkh, dated October 17, 2014.
Letter from Michael J. Hartman to Gregory Linkh and Daniel Boland, dated October 1, 2014.
Letter from Michael J. Hartman to Laura Alexander and Gregory B. Linkh, dated February 11, 2014.
Letter from Michael J. Macko to Gregory Linkh, Esq., dated June 12, 2014.
Letter from Thomas L. Boeder to Jason Hartley, dated September 19, 2014.
Letter from Interstate Truck Center to Jason Lindner, dated October 13, 2014.

Expert Report of Russell Lamb, dated November 3, 2014
Deposition of James Jensen, dated July 16, 2014
Deposition of Roger Nielsen, dated September 19, 2014

### Depositions and Declarations

Deposition of Gary Moore, dated August 20, 2014
Deposition of Ron Gerhard, dated September 10, 2014
Deposition of Joseph Richie, dated May 29, 2014
Deposition of Selwyn Feaster, dated July 23, 2014
Deposition of Robert Reichard, dated June 12, 2014

### Third Party Materials

#### Market Research

Tam, Steve. "Energy Use and Policy in the U.S. Trucking Sector - State of the Trucking Industry," ACT Research Co., LLC, October 10, 2012.
 Available at http://www.rff.org/Documents/Events/121010_trucking_event/Tam-presentation.pdf
Vieth, Kenny "An Overview of Commercial Vehicle Demand in the NA Market," ACT Research Co., LLC, June 4, 2010.
 Available at http://www.tirebusiness.com/assets/PDF/TB87011225.pdf
MarketLine. "Company Profile - Rush Enterprises, Inc.," November 25, 2013.
 Available at http://store.marketline.com/Product/rush_enterprises_inc?productid=349D4E14-D9BA-490D-BD86-1DE6031BD43E
Valuetum, "Rush Enterprises Could Ride Truck Up-Cycle To New Highs", Seeking Alpha, September 5, 2011.
 Available at http://seekingalpha.com/article/291615-rush-enterprises-could-ride-truck-up-cycle-to-new-highs
MarketLine. "Company Profile - Navistar International Corporation", February 12, 2014.
 Available at http://store.marketline.com/Product/navistar_international_corporation?productid=CF643DA9-56E2-4FAF-B177-5B2EFDD05836
Ulama, Darryle "Truck Dealers in the U.S." IBISWorld, August 2014.
 Available at http://www.ibisworld.com/industry/truck-dealers.html
"Q3 2005 Rush Enterprises, Inc. Earnings Conference Call - Final" Voxant FD Wire, October 19, 2005.
 Available at http://www.alacrastore.com/thomson-streetevents-transcripts/Q3-2005-Rush-Enterprises-Inc-Earnings-Conference-Call-T1146727
MarketLine. "Medium & Heavy Trucks in the United States", May 2014.
 Available at http://store.marketline.com/Product/united_states_medium_heavy_trucks?productid=MLIP1238-0019
Van Horn, George, "Trucking Takes A Detour," September 16, 2008.
 Available at http://www.ibisworld.com/media/2008/09/16/trucking-takes-detour-2/
"Cascadia International LLC Profile", Hoovers Online.
 Available online at www.Hoovers.com

#### News Articles

"After The Worst Year In Three Decades, Here Comes A Boom In American Trucking," Business Insider, December 11, 2009
 Available at http://www.businessinsider.com/predicted-boom-for-us-truck-manufacturers-2009-12
Kilcarr, Sean "Rush Enterprises pins growth on parts & service," Fleetowner.com, December 18, 2013
 Available at http://fleetowner.com/fleet-management/rush-enterprises-pins-growth-parts-service

#### Websites

http://triadfreightliner.com/about-us/
http://fleetowner.com/
http://www.businessinsider.com/
http://seekingalpha.com/
http://ibisworld.com/
http://store.marketline.com
http://www.alacrastore.com

Confidential - Filed Under Seal

http://www.hoovers.com
http://www.rff.org
http://www.tirebusiness.com

Public Data
Federal Highway Administration Statistics, Highway Statistics Series Publications (VM-1), http://www.fhwa.dot.gov/policyinformation/statistics.cfm.
Federal Reserve Bank of St. Louis, Real Gross Domestic Product, http://research.stlouisfed.org/fred2/series/GDPC96/downloaddata.
U.S. Bureau of Labor Statistics, Aluminum PPI (PCU3315243152402), http://data.bls.gov/cgi-bin/srgate.
U.S. Bureau of Labor Statistics, Iron Foundries PPI (PCU331511331511), http://data.bls.gov/cgi-bin/srgate.
U.S. Bureau of Labor Statistics, Iron and Steel PPI (PCU331110331107), http://data.bls.gov/cgi-bin/srgate.

Purchased Data
WardsAuto InfoBank, WardsAuto US GVW Sales, 1999 – July 2014

Academic Literature
John Cirace, "Apportioning Damages between Direct and Indirect Purchasers in consolidated Antitrust Suits: ARC America Unravels the Illinois Brick Rule," *Villanova Law Review*, Vol. 35, No. 2, 1990, pp 311-317.
Robert G. Harris and Lawrence A. Sullivan, "Passing on the Monopoly Overcharge: A Comprehensive Policy Analysis", *University of Pennsylvania Law Review*, Vol. 128, No. 2, 1979, pp 269-360.
Robert S. Pindyck and Daniel L. Rubinfeld, *Microeconomics*, Sixth Edition, Upper Saddle River, NJ, Pearson Prentice Hall, 2005
Theon van Dijk & Frank Verboven, "Quantification of Damages," in Three Issues in Competition Law and Policy, ABA Section of Antitrust Law 2008, pp. 2331-2348.