# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CLASS 8 TRANSMISSION INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) | Civil Action No. 11-009-ER |

## ORDER OF DISMISSAL AND FINAL JUDGMENT

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the parties Joint Stipulation of Dismissal, the Court orders that all claims brought by Indirect Plaintiffs be DISMISSED in their entirety with prejudice, each party to bear its own costs.

SO ORDERED this 18th day of January, 2018.

_____
United States District Court Judge